UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
VICTORIA SORRISIO,

                      Plaintiff,

          **ORDER**

-against-

          CV 05-1247 (DLI)(VVP)

CITY UNIVERSITY OF NEW YORK, et al.,

                      Defendants.
-------------------------------------------------------X

      An initial conference will be held in this case on **October 5, 2005 at 10:00 a.m.** before Viktor V. Pohorelsky, United States Magistrate Judge. All participants are directed to report to Room 521 at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present.

      All requests for adjournments must be made in writing on notice to opposing parties. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

      The parties are reminded of their obligations under Rule 26(f) of The Federal Rules of Civil Procedure, and all parties are directed to make the disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure no later than *five days before* the above scheduled conference.

      **Failure to make the required disclosures may result in the imposition of sanctions pursuant to Rule 37(b) of the Federal Rules of Civil Procedure.**

                **SO ORDERED.**

                *Viktor V. Pohorelsky*
                VIKTOR V. POHORELSKY
                United States Magistrate Judge

Dated:    Brooklyn, New York
           July 27, 2005

**NOTE:**    **PLAINTIFF'S COUNSEL IS DIRECTED TO CONFIRM WITH ALL COUNSEL THAT ALL NECESSARY PARTIES ARE AWARE OF THIS CONFERENCE.**